# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD BOOKER,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 19-CV-1033 |
| COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | :<br>:<br>:<br>: |

## ORDER

**AND NOW** this 31st day of October, 2019, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Defendant's Uncontested Motion to Remand (Doc. No. 19) and Plaintiff's Request for Review (Doc. No. 18) are **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                                             _s/Richard A. Lloret_
                                                             RICHARD A. LLORET
                                                             U.S. Magistrate Judge